IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:   Daniel Williams,                          CHAPTER 13
              Debtor(s).                           CASE NO. 15-31457

### RESPONSE TO MOTION TO AVOID LIEN

     COMES NOW Republic Finance, LLC., a creditor in the above case and in response to the Motion to Avoid the Lien, would state that the creditor has no objection to the lien being avoided except to the extent of $400.00 in value which the Debtor has listed in the amended Plan.  Therefore, the lien is not due to be avoided in its entirety, but only to the extent of all of the property except $400.00 in value, which has been listed by the Debtor as the secured value in the most recently filed Plan.

                        /s/Richard C. Dean, Jr.
                        Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama   36101-1028
334-264-2896
PJH

### CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Daniel Williams | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 3321 Cross Ridge Road | 566 S. Perry Street | P.O. Box 173 |
| Montgomery, AL 36116 | Montgomery, AL 36104 | Montgomery, AL 36101 |

                        /s/ Richard C. Dean, Jr.
                        OF COUNSEL